IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security, et al.,<br><br>　　　　Defendantss. | No. CV-21-00186-PHX-DLR<br><br>**ORDER OF RECUSAL** |

　　　I hereby recuse myself from any further action in the above-captioned matter.

　　　**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

　　　**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the **Honorable Eileen S. Willett**. All future pleadings and papers submitted for filing shall bear the following complete case number: **CV-21-00186-PHX-ESW**.

　　　Dated this 4th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge