# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>　　　Defendants. | No.2:21-cv-00186-SRB<br><br>**[PROPOSED] ORDER** |

　　　　Upon consideration of Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 13), as well as all exhibits and the entire record in this case, the Court grants the motion. Therefore, IT IS HEREBY ORDERED pursuant to Rule 65(a) of the Rules of Civil Procedure and 5 U.S.C. §§ 553, 706 as follows:

　　　　1.　　　Defendants and all their respective officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them are hereby **ENJOINED** and **RESTRAINED** from enforcing and implementing the policies

described in the January 20, 2021 Memorandum in Section C entitled "Immediate 100-Day Pause on Removals" (Dkt. No. 12-1 at ECF Page Nos. 4–5) or described in the February 18, 2021 "Interim Guidance: Civil Immigration Enforcement and Removal Priorities" in the Sections entitled "Civil Immigration Enforcement and Removal Priorities" and "Enforcement and Removal Actions: Approval, Coordination, and Data Collection" (Dkt. No. 12-1 at ECF Page Nos. 42–46).

2. This preliminary injunction is granted on a nationwide basis and prohibits enforcement and implementation of the policies described in Paragraph 1 of this Order in every place Defendants have jurisdiction to enforce and implement the January 20, 2021 Memorandum or February 18, 2021 Interim Guidance.

3. This preliminary injunction shall remain in effect pending a final resolution of the merits of this case or until a further Order from this Court, the United States Court of Appeals for the Ninth Circuit, or the United States Supreme Court.

4. This Order does not prohibit Defendants from carrying out or adhering to the January 20, 2021 Memorandum's other sections, entitled "A. Comprehensive Review of Enforcement Policies and Priorities," "B. Interim Civil Enforcement Guidelines," or "D. No Private Right Statement."