# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00186-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

Upon consideration of the Joint Motion for Scheduling Order, filed by Plaintiffs and Defendants (Doc. 18), the Court rules as follows.

IT IS HEREBY ORDERED that:

1. Defendants may have up to 24 pages for their Response to Plaintiffs' Motion for Preliminary Injunction.

2. Defendants' Response to the PI Motion is due by **March 26, 2021**.

3. Plaintiffs' Reply in support of the PI Motion is due by **April 2, 2021**.

6. Oral Argument via telephone or in person is set for **April 8, 2021 at 10:30 a.m.** in Courtroom 601. If any Counsel elect to appear by telephone please call (866) 390-1828; Access code: 9667260 five minutes prior to the hearing. Counsel are advised that speaker phones are **not** permitted.

. . .

. . .

. . .

Plaintiffs' request for discovery and production of the administrative records shall be addressed by separate Order.

Dated this 17th day of March, 2021.

_____
Susan R. Bolton
United States District Judge