# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00186-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

This matter comes before the Court on motion for leave for the ACLU, ACLU of Arizona, and ACLU of Montana to file an amicus brief regarding Plaintiffs' Motion for Preliminary Injunction (Doc. 27). Having reviewed the parties' arguments and the proposed brief, the Court exercises its discretion to **GRANT** the motion. The Clerk of the Court shall file in the amicus brief attached to this motion.

Dated this 29th day of March, 2021.

_____
Susan R. Bolton
United States District Judge