# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona,<br><br>          Plaintiffs,<br><br>     v.<br><br>United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>          Defendants. | No. 2:21-cv-00186-SRB<br><br>**ORDER** |

Upon consideration of the Joint Motion for Scheduling Order, filed by Plaintiffs and Defendants on April 12, 2021 (Doc. 45), the Court rules as follows.

IT IS HEREBY ORDERED that:

1. Each side may serve on the other up to 5 Interrogatories and up to 5 Requests for Production no sooner than April 16, 2021, and no later than April 30, 2021.

2. The response for written discovery, including the production of documents, shall be due 14 days from the date on which it was served. Discovery responses and document production shall be transmitted electronically except by written agreement of the parties. The 14-day response deadline may be amended by written agreement of the parties.

3. Defendants shall produce the full Administrative Record for the February 18, 2021, Interim Guidance no later than April 23, 2021.

4. Each side may notice and complete up to 3 Depositions. All Depositions must be noticed no later than May 3, 2021, and completed no later than May 12, 2021.

5. Plaintiffs shall file further briefing on its Motion for Preliminary Injunction on May 6, 2021.

6. Defendants shall file a Motion to Dismiss on May 6, 2021.

7. Defendants shall file further briefing in opposition to Plaintiffs' Motion for Preliminary Injunction on May 13, 2021.

8. Plaintiffs shall file their opposition to Defendants' Motion to Dismiss on May 13, 2021.

9. Plaintiffs shall file a 3-page Supplement to their Preliminary Injunction briefing, to address any discovery completed after their May 6, 2021, filing, on May 14, 2021.

10. Defendants shall file a 3-page Response to Plaintiffs' Supplement on May 18, 2021.

. . .
. . .
. . .
. . .
. . .
. . .

11. A hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss is set for **May 27, 2021 at 10:00 a.m.** Telephonic appearances shall be allowed. To appear telephonically counsel are directed to call (866) 390-1828; Access code 9667260 five minutes prior to the hearing. Counsel are advised that speaker phones are not permitted. Counsel must advise the Court 3 days prior to the hearing if they wish to appear telephonically.

Dated this 13th day of April, 2021.

_____
Susan R. Bolton
United States District Judge