| | |
|---|---|
| **MARK BRNOVICH**<br>**ATTORNEY GENERAL**<br>(Firm State Bar No. 14000)<br><br>Joseph A. Kanefield (No. 15838)<br>Brunn (Beau) W. Roysden III (No. 28698)<br>Drew C. Ensign (No. 25463)<br>Anthony R. Napolitano (No. 34586)<br>Robert Makar (No. 33579)<br>2005 N. Central Ave<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8958<br>Joe.Kanefield@azag.gov<br>Beau.Roysden@azag.gov<br>Drew.Ensign@azag.gov<br>Anthony.Napolitano@azag.gov<br>Robert.Makar@azag.gov<br>*Attorneys for Plaintiffs State of Arizona and Mark Brnovich in his official capacity* | **AUSTIN KNUDSEN**<br>**MONTANA ATTORNEY GENERAL**<br><br>David M. Dewhirst*<br>  *Solicitor General*<br>215 N Sanders St.<br>Helena, MT 59601<br>Phone: (406) 444-4145<br>David.Dewhirst@mt.gov<br><br>**pro hac vice*<br><br>*Attorneys for Plaintiff State of Montana* |

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al.,<br>    Plaintiffs,<br>v.<br>United States Department of Homeland Security, et al.,<br>    Defendants. | No. 2:21-cv-00186-SRB<br><br>**STIPULATED MOTION FOR PROTECTIVE ORDER AND RULE 502(d) ORDER** |

The plaintiffs State of Arizona and State of Montana ("Plaintiffs") and defendants United States of America; the U.S. Department of Homeland Security (DHS); Alejandro Mayorkas, Secretary of Homeland Security, in his official capacity; Troy Miller, Acting Commissioner of U.S. Customs and Border Protection (CBP), in his official capacity; Tae Johnson, Acting Director of U.S. Immigration and Customs Enforcement (ICE), in his official capacity; and Tracy Renaud, Acting Director of U.S. Citizenship and Immigration Services (USCIS), in her official capacity (the "Defendants" and together with the Plaintiffs, the "Parties"), hereby submit this *Stipulated Motion for a Protective Order and Rule 502(d) Order* pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Evid. 502(d), to facilitate the production and use in this matter of sensitive and confidential information that would otherwise be protected from disclosure.

Good cause exists to protect the confidential nature of the information contained in documents, discovery responses, or deposition testimony. This is a suit concerning the policies and actions of federal law enforcement officials that will require the collection of law enforcement sensitive information and potentially personally identifiable information that requires a protective order for production. The parties expect to exchange documents and information that may contain "Protected Information," which as used in this motion and the stipulated order includes, but is not limited to:

a) Government records that might contain tactical and other information related to law enforcement activities not made available by the Government to the general public that could be adversely used to circumvent law enforcement efforts.

b) Sensitive information about the relevant agencies' internal investigations processes, procedures, staffing, priorities, resources, intelligence and/or methods, which is law enforcement sensitive and should not be released to the public. This includes information compiled for law enforcement purposes, including but not limited to investigative files and techniques related to the integrity of the legal immigration system, suspected or known fraud, criminal activity, public safety, or national security, and investigative referrals;

c) Department of Homeland Security, U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, and U.S. Citizenship and Immigration Services records regarding law enforcement activities and operations, internal policies, processes and procedures, training materials, and internal investigations which contain information that is law enforcement sensitive, for instance, information which would be protected from disclosure under FOIA, 5 U.S.C. § 552, *et seq.*, under the exemption found at 5 U.S.C. § 552(b)(7)(E).

d) Personally Identifiable Information of federal employees relating or belonging to non-public facing federal officers, employees, and staff, including, but not limited to, names, addresses, e-mail addresses, and telephones numbers, which if released could endanger the privacy and safety of such officers, employees, and staff.

e) Information that is protected or restricted from disclosure by state or federal statute or regulation, but which the Court may order produced, such as information protected by the Privacy Act, 5 U.S.C. § 552a, and other statutes or regulations that may prevent disclosure of specific information related to noncitizens, including but not limited to: 8 U.S.C. §§ 1160(b)(5), (6), 1186A(c)(4), 1202(f), 1254a(c)(6), 1255a(c)(4), 1255a(c)(5), 1304(b), and 1367(a)(2), (b), (c), (d); 22 U.S.C. § 7105(c)(1)(C); 8 C.F.R. §§ 208.6, 210.2(e), 214.11(e), 214.14(e), 216.5(e)(3)(viii), 236.6, 244.16, 245a.2(t), 245a.3(n), 245a.21, 1003.27(b)-(d), 1003.46, and 1208.6, which otherwise could subject either party to civil or criminal penalties or other sanctions in the event of unauthorized disclosure. Such protected information may include, but is not limited to:

    i. An individual's social security number, personal identification number, tax identification number, alien registration number ("A number"), passport number, driver's license number, or any similar identifiers assigned to an individual by the federal government, a state or local government of the United States, or the government of any other country;

1
2
3
4
5
6
7
8
9
10
11
12
13

    ii.    Any other information that, either alone or in association with other related information, would allow the identification of the particular individual(s) to whom the information relates.

    iii.    Birth dates;

    iv.    Names of any individuals known to be under 18 years of age;

    v.    Addresses and telephone numbers;

    vi.    Any sensitive, but unclassified, information to include limited official use or for official use only information;

    vii.    Bank account numbers, credit card numbers, and other financial information that can be specifically linked to an individual's or entity's financial account;

    viii.    Medical information, such as medical records, medical treatment, and medical diagnoses.

14  The Parties agree that, in light of the sensitive information at issue in this lawsuit and
15  the expedited nature of current proceedings, entry of this Stipulated Protective Order and
16  Rule 502(d) Order ("Protective Order") is warranted to protect against disclosure of such
17  documents and Protected Information, as well as to ensure receipt of all investigative
18  material from certain third party sources when necessary. The Protective Order will protect
19  against the public disclosure of sensitive information, including law enforcement sensitive
20  information and personally identifying information, while at the same time allowing the
21  parties to discover, and if otherwise admissible, make reasonable use in this litigation of,
22  information relevant to the subject matter of this case. The parties accordingly request that
23  the Court enter a Protective Order and Rule 502(d) Order in the form submitted with this
24  motion.
25  //
26  //
27  //
28  //

SO STIPULATED this 29th day of April, 2021.

| | |
|---|---|
| **MARK BRNOVICH** <br> **ATTORNEY GENERAL** <br><br> /s/ *Anthony R. Napolitano* <br> Joseph A. Kanefield (No. 15838) <br> Brunn W. Roysden III (No. 28698) <br> Drew C. Ensign (No. 25463) <br> Anthony R. Napolitano (No. 34586) <br> Robert J. Makar (No. 33579) <br>   *Assistant Attorneys General* <br> *Attorneys for Plaintiffs Arizona and Arizona Attorney General Mark Brnovich* <br><br> **AUSTIN KNUDSEN** <br> **Attorney General of Montana** <br><br> /s/ *David M.S. Dewhirst (with permission)* <br> David M.S. Dewhirst* <br>   Solicitor General <br> *Pro hac vice* <br> *Attorneys for Plaintiff State of Montana* | BRIAN M. BOYNTON <br> Acting Assistant Attorney General <br><br> BRIGHAM J. BOWEN <br> Assistant Branch Director <br> Federal Programs Branch <br><br> /s/ *Michael F. Knapp (with permission)* <br> MICHAEL F. KNAPP <br> CA Bar No. 314104 <br> Trial Attorney <br> ADAM KIRSCHNER <br> IL Bar No. 6286601 <br> Senior Trial Counsel <br> BRIAN C. ROSEN-SHAUD <br> ME Bar No. 006018 <br> KUNTAL CHOLERA <br> DC Bar No. 1031523 <br> Trial Attorneys <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L Street, NW Room 12008 <br> Washington, D.C. 20530 <br> (202) 514-2071 (telephone) <br> (202) 616-8470 (facsimile) <br> Email:   Michael.F.Knapp@usdoj.gov <br>         Adam.Kirschner@usdoj.gov <br>         Brian.C.Rosen-Shaud@usdoj.gov <br>         Kuntal.Cholera@usdoj.gov <br><br> *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021, I electronically transmitted the attached document to the Clerk's office using CM/ECF System for filing. Notice of this filing is sent by email to all parties by operation of the Court's electronic filing system.

    /s/ *Anthony R. Napolitano*