1  John T. Lewis* (DC Bar No. 1033826)
   Democracy Forward Foundation
2  P.O. Box 34553
   Washington, DC 20043
3  jlewis@democracyforward.org
4  (202) 448-9090

5  *Counsel for Amici Curiae American
   Immigration Lawyers Association,*
6  *Catholic Legal Immigration Network,*
   *Inc., National Immigrant Justice Center,*
7  *National Immigration Law Center, and*
   *Refugee and Immigrant Center for*
8  *Education and Legal Services*

9
   *Admitted pro hac vice
10

11              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**
12

13  State of Arizona, *et al.*,              Case No. 2:21-cv-00186-PHX-SRB

14              Plaintiffs,                   **UNOPPOSED MOTION FOR LEAVE**
                                             **TO FILE BRIEF OF *AMICI CURIAE***
15        v.                                 **IMMIGRATION ORGANIZATIONS**
                                             **IN SUPPORT OF DEFENDANTS**
16  U.S. Department of Homeland Security, *et*
    *al.*,
17
                Defendants.
18

19

20

21

22

23

24

25

26

The American Immigration Lawyers Association, the Catholic Legal Immigration Network, Inc., the National Immigrant Justice Center, the National Immigration Law Center, and the Refugee and Immigrant Center for Education and Legal Services respectfully request the Court's permission to file the attached brief of *amici curiae*. Plaintiffs have represented that they do not oppose this motion, and Defendants have represented that they consent to this motion.

**IDENTITY AND INTERESTS OF *AMICI CURIAE***

*Amici curiae* are immigration organizations with longstanding interests in the just, humane, and lawful enforcement of the Nation's immigration laws. Specifically,

- The American Immigration Lawyers Association is a national association with more than 15,000 members throughout the United States, including lawyers and law school professors who practice and teach in the field of immigration and nationality law.

- Rooted in the Gospel value of welcoming the stranger, the Catholic Legal Immigration Network, Inc. is the nation's largest network of nonprofit immigration legal services providers, with more than 370 programs in 49 states and the District of Columbia that collectively serve hundreds of thousands of low-income immigrants each year.

- The National Immigrant Justice Center is a program of the Heartland Alliance which, through its staff of attorneys, paralegals, and a network of over 1,500 *pro bono* attorneys, provides free or low-cost legal services to thousands of immigrants and engages in strategic policy and litigation work around immigration enforcement issues at the federal and state levels.

- The National Immigration Law Center is a national organization exclusively dedicated to defending and advancing the rights and opportunities of low-income immigrants and their families, which has won landmark legal

1

1    decisions protecting fundamental rights and advanced policies that reinforce

2    the nation's values of equality, opportunity, and justice.

3    • The Refugee and Immigrant Center for Education and Legal Services is the

4    largest immigration legal services provider in Texas, and seeks to defend the

5    rights of immigrants and refugees, empower individuals, families, and

6    communities, and advocate for liberty and justice.

7    In particular, *amici* and their members have an interest in the continued application of the

8    immigration enforcement guidance documents at issue in this case.

9    *Amici* also have a demonstrated interest in the application of the Nation's laws

10    concerning vacancies, acting officials, and orders of succession, including the

11    Appointments Clause of the U.S. Constitution. *Amici* have participated in other cases

12    wherein officials of the Department of Homeland Security ("DHS"), including Kenneth T.

13    Cuccinelli, who signed the agreement between Arizona and DHS at issue in this case, are

14    alleged to have been appointed unlawfully. In one of those cases, *amici* obtained a ruling

15    that Cuccinelli was unlawfully appointed as Acting Director of U.S. Citizenship and

16    Immigration Services, vacating several directives he issued in that capacity. *See L.M.-M. v.*

17    *Cuccinelli*, 442 F. Supp. 3d 1 (D.D.C. 2020), *appeal dismissed*, 2020 WL 5358686 (D.C.

18    Cir. 2020); *see also Central Am. Res. Ctr. v. Cuccinelli*, No. 1:20-cv-2363 (D.D.C. filed

19    Aug. 26, 2020). In other cases, *amici* have obtained rulings that purported Acting DHS

20    Secretaries Kevin McAleenan and Chad Wolf were appointed unlawfully. *See, e.g., La*

21    *Clinica de la Raza v. Trump*, 2020 WL 7053313 (N.D. Cal. 2020); *Batalla Vidal v. Wolf*, --

22    - F. Supp. 3d ---, 2020 WL 6695076 (E.D.N.Y. 2020); *Immigrant Legal Res. Ctr. v. Wolf*,

23    491 F. Supp. 3d 520 (N.D. Cal. 2020); *see also AsylumWorks v. Wolf*, No. 1:20-cv-03815

24    (D.D.C. filed Dec. 23, 2020); *U.T. v. Barr*, No. 1:20-cv-00116 (D.D.C. filed Jan. 15,

25    2020).

26

2

**ARGUMENT**

"Amicus briefs are considered at the discretion of the Court." *Miracle v. Hobbs*, 333 F.R.D. 151, 156 (D. Ariz. 2019) (Bolton, J.). "The role of *amici* is threefold: (1) to aid in a matter of general public interest; (2) to supplement efforts of counsel; and (3) to highlight relevant law that has escaped consideration." *Id.* (citing *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)).

There is no question that "the instant matter is one of public interest," and that *amici* "may be able to highlight arguments and/or relevant law that may otherwise escape the Court's consideration." *Id.* at 157. This case involves an extraordinary agreement between Arizona and DHS, signed by Cuccinelli, that purports to give Arizona a special opportunity for notice and comment on changes to immigration policies. *See* Compl. Ex. C, ECF No. 1-2. As the Court has observed, "to the extent that that [agreement] had any effect on the arguments that may be made with respect to the outstanding request for preliminary injunction … , it seems that a preliminary question is whether or not it has any validity, which it would not have if it was signed by a person without authority." Tr. of Apr. 8, 2021 Hr'g Regarding Pls.' Mot. for Prelim. Inj. at 31:14-20.

As outlined above, *amici* have extensive experience in these matters. The brief that *amici* request leave to file focuses exclusively on Cuccinelli's authority to sign the agreement at issue. *Amici* therefore believe that their participation will aid the Court's consideration of this case.

**CONCLUSION**

The Court should grant *amici curiae*'s motion for leave to file and direct the clerk to file the attached brief on the docket.

3

1

Dated: May 6, 2021

Respectfully submitted,

2

*/s/ John T. Lewis*

3

John T. Lewis* (DC Bar No. 1033826)
Democracy Forward Foundation

4

P.O. Box 34553
Washington, DC 20043

5

jlewis@democracyforward.org
(202) 448-9090

6

7

*Counsel for Amici Curiae American
Immigration Lawyers Association,*

8

*Catholic Legal Immigration Network,
Inc., National Immigrant Justice Center,*

9

*National Immigration Law Center, and
Refugee and Immigrant Center for*

10

*Education and Legal Services*

11

*Admitted pro hac vice

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on May 6, 2021, I electronically transmitted the attached

3   document to the Clerk's office using the CM/ECF System for filing. Notice of this filing

4   will be sent by email to all parties by operation of the Court's electronic filing system.

5                                                    */s/ John T. Lewis*
                                                    John T. Lewis
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26