**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona,<br><br>　　　　Plaintiffs,<br>　v.<br>United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>　　　　Defendants. | No.2:21-cv-00186-SRB<br><br>**ORDER** |

　　　Upon consideration of the Motion for Leave to Exceed Page Limit filed by Plaintiffs the State of Arizona, the State of Montana, and Mark Brnovich, in his official capacity as Attorney General of Arizona (together, the "Plaintiffs"), the Court grants the motion.

　　　IT IS HEREBY ORDERED that the Plaintiffs may file a Supplemental Brief in Support of Motion for Preliminary Injunction, pursuant to the Court's April 13, 2021,

Order (Doc. 46 at ¶ 5) up to and including 22 pages. Defendants may file "further briefing in opposition to Plaintiffs' Motion for Preliminary Injunction on May 13, 2021" (Doc. 46 at ¶ 7) up to and including 22 pages.

Dated this 7th day of May, 2021.

_____
Susan R. Bolton
United States District Judge