# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente Human Rights Movement, *et al.*, <br> Plaintiffs, <br> v. <br> Mark Brnovich, *et al.*, <br> Defendants. | No. CV-21-00446-PHX-JJT <br><br> **ORDER** |

At issue is Plaintiffs' Motion to Transfer Case under LRCiv 42.1 (Doc. 13-1), to which Federal Defendants filed a Response in Support (Doc. 27), Arizona Attorney General Mark Brnovich filed a Response in Opposition (Doc. 29), and Plaintiffs filed a Reply (Doc. 30). Plaintiffs and Federal Defendants request that the Court transfer this case to District Judge Susan R. Bolton, who presides over a case similar to the present one, *Arizona v. United States Department of Homeland Security*, No. CV-21-00186-PHX-SRB. Upon reviewing the parties' briefs and consulting with Judge Bolton, the Court declines to transfer this case to Judge Bolton in its discretion under LRCiv 42.1.

**IT IS THEREFORE ORDERED** denying Plaintiffs' Motion to Transfer Case under LRCiv 42.1 (Doc. 13-1).

Dated this 13th day of May, 2021.

Honorable John J. Tuchi
United States District Judge