BRIAN M. BOYNTON
ACTING ASSISTANT ATTORNEY GENERAL

BRIGHAM J. BOWEN
ASSISTANT BRANCH DIRECTOR

Michael F. Knapp (CA Bar No. 314104)
Adam Kirschner (IL Bar No. 6286601)
Brian C. Rosen-Shaud (ME Bar No. 006018)
Kuntal Cholera (DC Bar No. 1031523)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW Room 12008
Washington, D.C. 20530
(202) 514-2071 (telephone)
(202) 616-8470 (facsimile)
Email: Michael.F.Knapp@usdoj.gov
       Adam.Kirschner@usdoj.gov
       Brian.C.Rosen-Shaud@usdoj.gov
       Kuntal.Cholera@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al.,<br>    Plaintiffs,<br><br>v.<br><br>United States Department of Homeland Security, et al.,<br>    Defendants. | No. 2:21-cv-00186-SRB<br><br>**NOTICE REGARDING TIMELINE FOR SUPERSEDING IMMIGRATION ENFORCEMENT PRIORITIES** |

Defendants submit this notice to advise the Court of the current anticipated timeline for issuance of immigration enforcement priorities that would supersede those described in the February 18, 2021 Memorandum that is the primary subject of this litigation

On January 20, 2021, the then-Acting Secretary of Homeland Security issued a memorandum that called for a review of policies and for the development of new immigration enforcement priorities, and for the implementation of interim enforcement priorities until the policy review could be completed and more permanent enforcement priorities established. *See* Am. Compl. (FAC) Ex. A, ECF. No. 12-1. On February 18, 2021, the Acting Director of Immigration and Customs Enforcement issued a memorandum setting forth procedures for implementing the interim enforcement priorities (as revised), and stating that the DHS Secretary "anticipates issuing [new] guidelines in less than 90 days." FAC Ex. G at 1, ECF 12-1. As the Court has observed, 90 days has passed without issuance of superseding immigration enforcement priorities.

Defendants currently expect that the Secretary will issue new immigration priorities in the beginning of July. Defendants caution that this is their current expectation. The policymaking process is dynamic and responsive to both new events and new information. New priorities may issue either before or after the beginning of July depending on the needs of the agency and other contingencies.

RESPECTFULLY SUBMITTED this 7th day of June, 2021.

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

 */s/ Michael F. Knapp*
MICHAEL F. KNAPP
CA Bar No. 314104
Trial Attorney

ADAM KIRSCHNER
IL Bar No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW Room 12008
Washington, D.C. 20530
(202) 514-2071 (telephone)
(202) 616-8470 (facsimile)
Email: Michael.F.Knapp@usdoj.gov
         Adam.Kirschner@usdoj.gov
         Brian.C.Rosen-Shaud@usdoj.gov
         Kuntal.Cholera@usdoj.gov

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*