# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00186-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' Emergency Motion for Injunction Pending Appeal (Doc. 93).

IT IS ORDERED that Defendants shall file their Response to Plaintiffs' Emergency Motion for Injunction Pending Appeal no later than **July 9, 2021**. Plaintiffs shall file their Reply no later than **9:00 a.m. on July 12, 2021.**

Dated this 7th day of July, 2021.

_____
Susan R. Bolton
United States District Judge