# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00186-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs State of Arizona, State of Montana, and Attorney General Mark Brnovich ("Plaintiffs")' Emergency Motion for Injunction Pending Appeal ("Motion"), Defendants' Response in Opposition to the Motion, and Plaintiffs' Reply to the Response. (Docs. 93, 99, 100.) Plaintiffs move for an injunction under Federal Rule of Civil Procedure 62(c) and (d), 5 U.S.C. § 705, and Federal Rule of Appellate Procedure 8(a)(1), arguing that they have met all the elements warranting an injunction pending appeal: likelihood of success on the merits; irreparable harm; balancing of equities; and the public interest. (*See* Doc. 93.) Plaintiffs requested expedited briefing, which the Court granted. (*Id.*; Doc. 97, 07/07/21 Order.)

Plaintiffs argument that "there is a strong showing that Plaintiffs are likely to succeed on the merits of their APA claims" is based almost entirely on the United States Supreme Court's recent decision in *Johnson v. Guzman Chavez*, 141 S. Ct. 2271 (2021). (*See* Doc. 93 at 1–3.) The Supreme Court's decision in *Guzman Chavez* also serves as the basis for Plaintiffs' Motion for Reconsideration. (*See* Doc. 96.)

The Court concludes that, given the importance of interpreting *Guzman Chavez* to the resolution of the instant Motion and the Motion for Reconsideration, it cannot issue a ruling on this Motion until the Motion for Reconsideration has been fully briefed. The Motion for Reconsideration is set to be fully briefed by July 23, 2021. (*See* Doc. 98, 07/08/21 Order.) If Plaintiffs believe a ruling on this Motion cannot await the ruling on the Motion for Reconsideration, the Court would deny the Motion based on its previous ruling on Defendants' Motion to Dismiss, thereby allowing Plaintiffs to make the same request for an injunction pending appeal to the Ninth Circuit. *See* Fed. R. App. P. 8(a)(2). Should Plaintiffs desire such a ruling, they must file a notice with the Court requesting it. Otherwise, the Court will issue an order on both the instant Motion and the Motion for Reconsideration after the latter is fully briefed.

**IT IS ORDERED** that if Plaintiffs require a more immediate ruling on the Emergency Motion for Injunction Pending Appeal (Doc. 93), they must file a notice with the Court requesting it.

Dated this 13th day of July, 2021.

_____
Susan R. Bolton
United States District Judge