| | |
|---|---|
| **MARK BRNOVICH**<br>**ARIZONA ATTORNEY GENERAL**<br>(Firm State Bar No. 14000)<br><br>Joseph A. Kanefield (No. 15838)<br>Brunn (Beau) W. Roysden III (No. 28698)<br>Drew C. Ensign (No. 25463)<br>Anthony R. Napolitano (No. 34586)<br>Robert Makar (No. 33579)<br>2005 N. Central Ave<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8958<br>Joe.Kanefield@azag.gov<br>Beau.Roysden@azag.gov<br>Drew.Ensign@azag.gov<br>Anthony.Napolitano@azag.gov<br>Robert.Makar@azag.gov<br><br>*Attorneys for Plaintiffs State of Arizona and Mark Brnovich in his official capacity* | **AUSTIN KNUDSEN**<br>**MONTANA ATTORNEY GENERAL**<br><br>David M. Dewhirst\*<br>  *Solicitor General*<br>215 N Sanders St.<br>Helena, MT 59601<br>Phone: (406) 444-4145<br>David.Dewhirst@mt.gov<br><br>\**pro hac vice granted*<br><br>*Attorneys for Plaintiff State of Montana* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona,<br><br>    Plaintiffs,<br><br>    v.<br><br>United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>    Defendants. | No. 2:21-cv-00186-SRB<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO STRIKE OR FILE UNDER SEAL**<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

Plaintiffs hereby respectfully request that the Court order the Clerk's Office to either strike or seal Docket 101-1 in this matter. Undersigned counsel (Brunn Roysden) inadvertently failed to redact the names of certain individuals who were mentioned in the transcript. Based on the Court's protective order, that information should have been redacted before it was filed. A proposed order is being filed with this motion.

Defendants do not oppose this motion.

RESPECTFULLY SUBMITTED this 12th day of July, 2021.

**MARK BRNOVICH**
**ARIZONA ATTORNEY GENERAL**

By /s/ *Brunn W. Roysden III* _____
Joseph A. Kanefield (No. 15838)
Brunn W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
Anthony R. Napolitano (No. 34586)
Robert J. Makar (No. 33579)
  *Assistant Attorneys General*
*Attorneys for Plaintiffs Arizona and Arizona Attorney General Mark Brnovich*

### CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I electronically transmitted the attached document to the Clerk's office using CM/ECF System for filing. Notice of this filing is sent by email to all parties by operation of the Court's electronic filing system.

   /s/ *Brunn W. Roysden III*

1