| | |
|---|---|
| **MARK BRNOVICH**<br>**ATTORNEY GENERAL**<br>(Firm State Bar No. 14000)<br><br>Joseph A. Kanefield (No. 15838)<br>Brunn (Beau) W. Roysden III (No. 28698)<br>Drew C. Ensign (No. 25463)<br>James K. Rogers (No. 27287)<br>Anthony R. Napolitano (No. 34586)<br>Robert J. Makar (No. 33579)<br>2005 N. Central Ave<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8958<br>Beau.Roysden@azag.gov<br>*Attorneys for Plaintiffs State of Arizona and Mark Brnovich in his official capacity* | **AUSTIN KNUDSEN**<br>**MONTANA ATTORNEY GENERAL**<br><br>David M. Dewhirst*<br>  *Solicitor General*<br>215 N Sanders St.<br>Helena, MT 59601<br>Phone: (406) 444-4145<br>David.Dewhirst@mt.gov<br>*Admitted pro hac vice<br><br>*Attorneys for Plaintiff State of Montana* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona,<br><br>    Plaintiffs,<br><br>v.<br><br>United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>    Defendants. | No. 2:21-cv-00186-SRB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

## STIPULATION

The parties hereby stipulate and request that the Court extend the time for Plaintiffs to file their amended complaint, from July 30 to 14 days after this Court's order resolving the Motion for Reconsideration (Doc. 96). The additional time will assist the parties in utilizing this Court's pending Order productively.

This is the first request for an extension of this deadline. A proposed form of Order is submitted along with this Stipulation.

RESPECTFULLY SUBMITTED this 27th day of July, 2021.

| U.S. DEPARTMENT OF JUSTICE | MARK BRNOVICH<br>ATTORNEY GENERAL |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General | By s/ *Brunn W. Roysden III*<br>Joseph A. Kanefield (No. 15838) |
| BRIGHAM J. BOWEN<br>Assistant Branch Director<br>Federal Programs Branch | Brunn (Beau) W. Roysden III (No. 28698)<br>Drew C. Ensign (No. 25463)<br>James K. Rogers (No. 27287)<br>Anthony R. Napolitano (No. 34586) |
| By: s/ *Michael F. Knapp (with permission)*<br>Michael F. Knapp<br>Adam Kirschner<br>Brian C. Rosen-Shaud<br>Kuntal Cholera | Robert J. Makar (No. 33579)<br>*Counsel for the State of Arizona and Mark Brnovich, Arizona Attorney General* |
| Erez Reuveni<br>Assistant Director<br>Civil Division, Office of Immigration Litigation | **AUSTIN KNUDSEN**<br>**ATTORNEY GENERAL**<br>By s/ *David M. Dewhirst (with permission)*<br>David M. Dewhirst |
| *Counsel for Defendants* | *Counsel for the State of Montana* |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 27, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

 s/ Brunn W. Roysden III