# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00186-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

The parties have filed a Stipulated Motion for Extension of Time for Plaintiffs to File Amended Complaint (Doc. 109).

Upon review and good cause appearing,

**IT IS ORDERED** granting the Stipulation and extending the deadline for Plaintiffs to file an amended complaint to 14 days following this Court's Order resolving the Motion for Reconsideration (Doc. 96).

Dated this 27th day of July, 2021.

Susan R. Bolton
United States District Judge