| | |
|---|---|
| **MARK BRNOVICH**<br>**ATTORNEY GENERAL**<br>(Firm State Bar No. 14000) | **AUSTIN KNUDSEN**<br>**MONTANA ATTORNEY GENERAL** |
| Joseph A. Kanefield (No. 15838)<br>Brunn (Beau) W. Roysden III (No. 28698)<br>Drew C. Ensign (No. 25463)<br>Anthony R. Napolitano (No. 34586)<br>Robert Makar (No. 33579)<br>2005 N. Central Ave<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8958<br>Joe.Kanefield@azag.gov<br>Beau.Roysden@azag.gov<br>Drew.Ensign@azag.gov<br>Anthony.Napolitano@azag.gov<br>Robert.Makar@azag.gov<br>*Attorneys for Plaintiffs State of Arizona and Mark Brnovich in his official capacity* | David M. Dewhirst*<br>  *Solicitor General*<br>215 N Sanders St.<br>Helena, MT 59601<br>Phone: (406) 444-4145<br>David.Dewhirst@mt.gov<br><br>\**pro hac vice granted*<br><br>*Attorneys for Plaintiff State of Montana* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona,<br><br>    Plaintiffs,<br><br>    v.<br><br>United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>    Defendants. | No. 2:21-cv-00186-SRB<br><br>**PLAINTIFFS' NOTICE OF NINTH CIRCUIT ORDER AND REQUEST FOR EXPEDITED RULING ON PENDING MOTION FOR RECONSIDERATION** |

Plaintiffs, the States of Arizona and Montana and Attorney General Brnovich, hereby provide notice that the Ninth Circuit denied the States' motion for an injunction pending appeal "without prejudice to renewal following the district court's decision on the pending motion for reconsideration." In addition, the Ninth Circuit stayed "briefing … pending further order of the court." A copy of the Ninth Circuit's order is attached.

It appears that the Ninth Circuit has effectively stayed appellate proceedings pending this Court's resolution of the States' motion for reconsideration. Given the exigencies of this case and the States' need to obtain a decision on their motion for an injunction pending appeal on the merits, the States respectfully request that this Court issue a decision on their motion for reconsideration by this Friday, August 13.

RESPECTFULLY SUBMITTED this 9th day of August, 2021.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By /s/ *Drew C. Ensign*
  Joseph A. Kanefield (No. 15838)
  Brunn W. Roysden III (No. 28698)
  Drew C. Ensign (No. 25463)
  Anthony R. Napolitano (No. 34586)
  Robert J. Makar (No. 33579)
    *Assistant Attorneys General*

*Attorneys for Plaintiffs Arizona and Arizona Attorney General Mark Brnovich*

**AUSTIN KNUDSEN**
**ATTORNEY GENERAL OF MONTANA**

/s/ *David M.S. Dewhirst (with permission)*
David M.S. Dewhirst*
 *Solicitor General*
*Pro hac vice granted

*Attorneys for Plaintiff State of Montana*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

 s/ Drew C. Ensign 
Drew C. Ensign

*Attorney for Plaintiffs Arizona and Arizona Attorney General Mark Brnovich*