FILED

JUL 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF ARIZONA; et al., | No. 21-16118 |
| Plaintiffs-Appellants, | D.C. No. 2:21-cv-00186-SRB<br>District of Arizona,<br>Phoenix |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; et al., | ORDER |
| Defendants-Appellees. | |

Before: RAWLINSON, CALLAHAN, and VANDYKE, Circuit Judges.

Appellants' emergency motion for an injunction pending appeal (Docket Entry No. 10) is denied without prejudice to renewal following the district court's decision on the pending motion for reconsideration.

Briefing is stayed pending further order of the court.

SLL