| | |
|---|---|
| **MARK BRNOVICH**<br>**ATTORNEY GENERAL**<br>(Firm State Bar No. 14000) | **AUSTIN KNUDSEN**<br>**MONTANA ATTORNEY GENERAL** |
| Joseph A. Kanefield (No. 15838)<br>Brunn (Beau) W. Roysden III (No. 28698)<br>Drew C. Ensign (No. 25463)<br>Anthony R. Napolitano (No. 34586)<br>Robert Makar (No. 33579)<br>2005 N. Central Ave<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8958<br>Joe.Kanefield@azag.gov<br>Beau.Roysden@azag.gov<br>Drew.Ensign@azag.gov<br>Anthony.Napolitano@azag.gov<br>Robert.Makar@azag.gov<br>*Attorneys for Plaintiffs State of Arizona and Mark Brnovich in his official capacity* | David M. Dewhirst*<br>  *Solicitor General*<br>215 N Sanders St.<br>Helena, MT 59601<br>Phone: (406) 444-4145<br>David.Dewhirst@mt.gov<br><br>*\*pro hac vice granted*<br><br>*Attorneys for Plaintiff State of Montana* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona,<br><br>  Plaintiffs,<br><br>  v.<br><br>United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services,<br><br>  Defendants. | No. 2:21-cv-00186-SRB<br><br>**AMENDED NOTICE OF APPEAL** |

**AMENDED NOTICE OF APPEAL**

Plaintiffs the State of Arizona, the State of Montana, and Mark Brnovich, in his official capacity as Attorney General of Arizona ("Appellants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on June 30, 2021 (Doc. 91), which denied Plaintiffs' request for a preliminary injunction, as well as all orders culminating in that order.

In addition, Appellants also appeal from the district court's final judgment and orders culminating in it, including the court's June 30, 2021 order (Doc. 91) dismissing Plaintiffs' Complaint. The district court provided that "[i]f no Second Amended Complaint is filed within 30 days, final Judgment will be entered without further notice," Doc. 91 at 21, or July 30, 2021. No separate document entering judgment was issued, however.

Under Federal Rule of Civil Procedure 58(c)(2)(B), judgment was thus entered after "150 days have run from the entry in the civil docket." If that 150 days is measured from the June 30 order, judgment became effective on November 27, 2021. If measured from July 30, 2021, when judgment was ordered to be entered but no separate document issued, judgment became effective on December 27, 2021. (The District Court later granted a stipulation to extend the time for amendment to fourteen days after it ruled on a motion for reconsideration, *see* Doc. 110.  Even from that date, which is fourteen days after August 12, 2021, *see* Doc. 113, judgment became effective January 24, 2022.)

Either way, this amended notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(B) ("The notice of appeal may be filed by any party within 60 days after entry of the judgment or order appealed from if one of the parties is … (ii) a United States agency; [or] (iii) a United States officer or employee sued in an official capacity.")

RESPECTFULLY SUBMITTED this 25th day of January, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By /s/ *Drew C. Ensign*
 Joseph A. Kanefield (No. 15838)
 Brunn W. Roysden III (No. 28698)
 Drew C. Ensign (No. 25463)
 Anthony R. Napolitano (No. 34586)
 Robert J. Makar (No. 33579)
  *Assistant Attorneys General*

*Attorneys for Plaintiffs Arizona and Arizona Attorney General Mark Brnovich*

**AUSTIN KNUDSEN**
**ATTORNEY GENERAL OF MONTANA**

/s/ *David M.S. Dewhirst (with permission)*
David M.S. Dewhirst*
 *Solicitor General*
*Pro hac vice granted*

*Attorneys for Plaintiff State of Montana*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

<u> s/ Drew C. Ensign </u>
Drew C. Ensign

*Attorney for Plaintiffs Arizona and Arizona Attorney General Mark Brnovich*