# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-21-00186-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

Due to a clerical error;

IT IS ORDERED vacating the order scheduling a Rule 16 Scheduling Conference set on February 24, 2022.

Dated this 25th day of January, 2022.

_____
Susan R. Bolton
United States District Judge