Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-mail: bwjohnson@swlaw.com
         cahler@swlaw.com
         tolson@swlaw.com

Joseph A. Kanefield (No. 15838)
Drew C. Ensign (No. 25463)
Robert Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8958
Joe.Kanefield@azag.gov
Drew.Ensign@azag.gov
Robert.Makar@azag.gov

*Attorneys for Plaintiffs State of Arizona,
And Mark Brnovich in his official capacity*

AUSTIN KNUDSEN
MONTANA ATTORNEY GENERAL

Christian Corrigan*
   *Assistant Solicitor General*
215 N Sanders St.
Helena, MT 59620
Phone: (406) 444-2707
Christian.Corrigan@mt.gov

*\*pro hac vice granted*

*Attorneys for Plaintiff State of Montana*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona; State of Montana; and Mark Brnovich, in his official capacity as Attorney General of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security; United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, | No. 2:21-cv-00186-SRB<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

1  Defendants.

3  Plaintiffs State of Arizona, State of Montana, and Mark Brnovich, in his official capacity as Attorney General of Arizona ("Plaintiffs"), by and through undersigned counsel, hereby notify the Court and counsel that Brett W. Johnson, Colin P. Ahler, and Tracy Olson of Snell & Wilmer L.L.P., will be associated with Joseph A. Kanefield, Drew C. Ensign, and Robert Makar, as counsel for State of Arizona and Mark Brnovich, in his official capacity as Attorney General of Arizona, in this matter. Mr. Johnson's mailing address is One East Washington, Suite 2700, Phoenix, Arizona, 85004-2556.

DATED this 28th day of December, 2022.

SNELL & WILMER L.L.P.

By: /s/ *Brett W. Johnson*
Brett W. Johnson
Colin P. Ahler
Tracy A. Olson
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004

Joseph A. Kanefield
Drew C. Ensign
Robert Makar
2005 N. Central Ave
Phoenix, AZ 85004-1592

*Attorneys for Plaintiffs State of Arizona and Mark Brnovich in his official capacity*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/ Abigail Bahorich*