1  **MARK BRNOVICH**
   **ARIZONA ATTORNEY GENERAL**
2  (Firm State Bar No. 14000)

3

4  Joseph A. Kanefield (No. 15838)
   Drew C. Ensign (No. 25463)
5  Robert Makar (No. 33579)
   2005 N. Central Ave
6  Phoenix, AZ 85004-1592
   Phone: (602) 542-8958
7  Joe.Kanefield@azag.gov
   Drew.Ensign@azag.gov
8  Robert.Makar@azag.gov
9  *Attorneys for Plaintiffs State of Arizona and*
   *Mark Brnovich in his official capacity*
10

11              **UNITED STATES DISTRICT COURT**

12                    **DISTRICT OF ARIZONA**

13 | State of Arizona; State of Montana; and | No. 2:21-cv-00186-SRB
14 | Mark Brnovich, in his official capacity as
   | Attorney General of Arizona, | **NOTICE OF SUBSTITUTION**
15 |                               | **OF COUNSEL**
   |           Plaintiffs,
16 |
   |       v.
17 |
   | United States Department of Homeland
18 | Security; United States of America;
   | Alejandro Mayorkas, in his official
19 | capacity as Secretary of Homeland
   | Security; Troy Miller, in his official
20 | capacity as Acting Commissioner of
   | United States Customs and Border
21 | Protection; Tae Johnson, in his official
22 | capacity as Acting Director of United
   | States Immigration and Customs
23 | Enforcement; and Tracy Renaud, in her
24 | official capacity as Acting Director of U.S.
25 | Citizenship and Immigration Services,
26 |           Defendants.
27
28

NOTICE IS HEREBY GIVEN that Brett W. Johnson, Colin P. Ahler, and Tracy Olson of Snell & Wilmer L.L.P. are substituted for Joseph A. Kanefield, Drew C. Ensign, and Anthony R. Napolitano, who have either left the Office of the Attorney General or are doing so imminently, as counsel for Plaintiff State of Arizona and Arizona Attorney General Mark Brnovich in this matter.

The Clerk of the Court is requested to terminate Joseph A. Kanefield, Drew C. Ensign, and Anthony R. Napolitano as counsel for Plaintiff State of Arizona and Arizona Attorney General Mark Brnovich.

RESPECTFULLY SUBMITTED this 30th day of December, 2022.

**MARK BRNOVICH**
**ARIZONA ATTORNEY GENERAL**

By /s/ *Drew C. Ensign*
Joseph A. Kanefield (No. 15838)
Drew C. Ensign (No. 25463)
Robert J. Makar (No. 33579)
  *Assistant Attorneys General*

*Attorneys for Plaintiffs Arizona and Arizona Attorney General Mark Brnovich*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2022, I electronically transmitted the attached document to the Clerk's office using CM/ECF System for filing.  Notice of this filing is sent by email to all parties by operation of the Court's electronic filing system.

<u>　/s/ Drew Ensign　</u>