IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| State of Arizona, et al., | NO. CV-21-00186-PHX-SRB |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Orders filed June 30, 2021 and July 27, 2021, and no Second Amended Complaint having been filed, final judgment is entered against Plaintiff. This action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

July 11, 2023

By  s/ Wendy Poth
    Deputy Clerk